# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Robert E. Morrison and Donna L. Morrison   **Case Number:** 10-42692   (MSH)   **Ch:** 7

#17   Motion of U.S. Bank, N.A. for Relief from Stay (246 Doyle Road, Holden, MA) and #18 Response of Debtors

**COURT ACTION:**

- Show Cause Order
- _____ Released
- _____ Enforced
- _____ Granted
- _____ Approved
- _____ Moot
- _____ Denied
- _____ Denied without prejudice
- _____ Withdrawn in Open Court
- _____ Sustained
- _____ Overruled
- ✔ Continued to JANUARY 20, 2011 AT 10:00 A.M.
- _____ Proposed Order Submitted by_____
- _____ Stipulation to be Submitted by_____
- _____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

LOAN MODIFICATION STILL PENDING.

IT IS SO ORDERED:

/s/ Melvin S. Hoffman

Dated: 12/08/2010

Melvin S. Hoffman
United States Bankruptcy Judge